**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

PAUL BLACK and DANIEL ALLEN
JOHNSON, on behalf of themselves
and all other similarly situated
individuals,

                             Plaintiffs,

vs.                                     Case No.  3:09-cv-502-J-32JRK

WINN-DIXIE STORES, INC., a Florida
Corporation,

                             Defendant.
_____/

# O R D E R

This cause is before the Court on the Motion for Leonard A. Bennett to Appear *Pro Hac Vice* (Doc. No. 9; "Motion"), filed July 22, 2009.  In the Motion, Leonard A. Bennett seeks permission from the Court to appear pro hac vice in this matter on behalf of Plaintiffs with Brian W. Warwick and Janet R. Varnell as local counsel.  See Motion at 1-2.  Upon review of the Motion, it appears that Mr. Bennett has submitted the information and fee necessary under Rule 2.02, Local Rules, United States District Court, Middle District of Florida, to permit him to appear pro hac vice in this matter.[1]  Accordingly, it is

---

[1]    Because Defendant has not yet served a response to Plaintiffs' Complaint and it appears all other requirements have been met for Mr. Bennett to appear pro hac vice, the Court will not require a certification of conferring with opposing counsel in accordance with Rule 3.01(g), Local Rules, Middle District of Florida in this instance.

**ORDERED**:

1.      The Motion for Leonard A. Bennett to Appear *Pro Hac Vice* (Doc. No. 9) is

**GRANTED**.

2.      Leonard A. Bennett is permitted to appear <u>pro hac vice</u> in this matter on behalf

of Plaintiffs with Brian W. Warwick and Janet R. Varnell as local counsel.

        **DONE AND ORDERED** at Jacksonville, Florida on July 29, 2009.

James R. Klindt

**JAMES R. KLINDT**
United States Magistrate Judge

kaw

Copies to:

Counsel of Record