# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

PAUL BLACK and DANIEL ALLEN
JOHNSON, on behalf of themselves
and all other similarly situated
individuals,

                Plaintiffs,

vs.                                   Case No. 3:09-cv-502-TJC-JRK

WINN-DIXIE STORES, INC., a Florida
Corporation,

                Defendant.
_____/

## JOINT STIPULATED MOTION TO EXTEND DEADLINES

**COME NOW,** counsel for all Parties to this litigation, pursuant to Rule 4.15 of the Middle District Local Rules of this Court, and submit this motion to extend certain deadlines in this case for an additional thirty days so that the parties can continue settlement discussions. In support of their motion, the Parties show the Court as follows:

1.    On March 2, 2010, the parties engaged in mediation in Atlanta, Georgia before mediator Hunter R. Hughes. Since the mediation, the parties have continued to engage in meaningful settlement discussions. A settlement conference was held as recently as Friday, May 28, 2010. As a result, the parties remain optimistic that this case will settle.

2.    On December 11, 2009, the Court entered the Case Management and Scheduling Order.

1

3.   To further settlement discussions without incurring unnecessary expense, the parties seek an additional thirty day extension of case deadlines of the Case Management and Scheduling Order. The case events and proposed deadlines are as follows:

| Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Plaintiff's expert report | June 1, 2010 | **July 1, 2010** |
| Amendment to Complaint and Third Party Practice | June 1, 2010 | **July 1, 2010** |
| Defendant's expert report | June 22, 2010 | **July 22, 2010** |
| All Expert Rebuttal Reports | July 6, 2010 | **August 5, 2010** |
| Discovery Cutoff | July 6, 2010 | **August 5, 2010** |
| Dispositive and *Daubert* Motions | August 10, 2010 | **September 9, 2010** |
| Motion for Class Certification | August 10, 2010 | **September 9, 2010** |
| Filing of Pretrial Statement | December 13, 2010 | **January 12, 2011** |
| Final Pretrial Conference | December 20, 2010 2:00 p.m. | **January 19, 2011** |
| Trial Term Begins | January 10, 2011 (9:00 a.m. Jury 5 Days) | **February 09, 2011** |

4.   The parties continue to diligently work on this case and have exchanged and responded to discovery requests.

5.   A thirty day extension of the current deadlines in the Case Management and Scheduling Order will allow the parties to continue settlement discussions without incurring unnecessary expenses and time associated with further litigation during negotiations.

6. This motion is neither brought in bad faith nor in an attempt to unnecessarily delay litigation.

WHEREFORE, in consideration of the stipulations presented, the Parties respectfully request that the Court extend the deadlines in the Case Management Report and Scheduling Order for an additional thirty days as set forth above.

Respectfully submitted by the Parties this 1st day of June, 2010.

          **FOR PLAINTIFFS AND THE CLASS,**

          s/ Janet R. Varnell
          JANET R. VARNELL
          Florida Bar No. 0071072
          BRIAN W. WARWICK
          **VARNELL & WARWICK, P.A.**
          20 La Grande Boulevard
          The Villages, Florida 32159
          Telephone: 352-753-8600
          Facsimile: 352-753-8606
          jrvarnell@aol.com

          CHRISTOPHER COLT NORTH
          **THE CONSUMER & EMPLOYEE RIGHTS LAW FIRM, P.C.**
          715-A Thimble Shoals Boulevard
          Newport News, Virginia 23606
          cnorthlaw@aol.com

          **LEONARD A. BENNETT**
          12515 Warwick Boulevard
          Newport News, Virginia 23606
          lenbennett@clalegal.com

**WINN-DIXIE STORES, INC.,**

  s/ Angela N. Frazier
**Latasha Garrison-Fullwood, Florida Bar No. 0180602**
**TAYLOR, DAY, CURRIE, BOYD & JOHNSON, P.A.**
50 No. Laura Street, Suite 3500
Jacksonville, FL 32202
Telephone: (904) 356-0700
Facsimile: (904) 356-3224
lgf@tdclaw.com

-and-

*Pro Hac Vice*
**Craig E. Bertschi, Georgia Bar No. 055739**
**Kali Wilson Beyah, Georgia Bar No. 768723**
**Angela N. Frazier, Georgia Bar No. 141239**
**KILPATRICK STOCKTON LLP**
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4530
Telephone: (404) 815-6500
Facsimile: (404) 541-3128
cbertschi@kilpatrickstockton.com
kbeyah@kilpatrickstockton.com
afrazier@kilpatrickstockton.com