**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

PAUL BLACK and DANIEL ALLEN
JOHNSON, on behalf of themselves
and all other similarly situated
individuals,

                Plaintiffs,

vs.                                          Case No. 3:09-cv-502-J-32JRK

WINN-DIXIE STORES, INC., a Florida
Corporation,

                Defendant.
_____/

## O R D E R

This cause is before the Court on Defendant Winn-Dixie, Inc.'s Unopposed Motion for Special Admission (Doc. No. 33; "Motion"), filed June 22, 2010. In the Motion, Defendant Winn-Dixie, Inc. ("Defendant") seeks permission from the Court for Cindy D. Hanson, Esquire to appear pro hac vice in this matter on its behalf with Bradley R. Johnson, Esquire and Latasha Garrison-Fullwood, Esquire as local counsel. See Motion at 1-3. Defendant represents Plaintiffs consent to the relief requested. See id. at 3. Upon review, it appears that Ms. Hanson has submitted the information and fee necessary under Rule 2.02, Local Rules, United States District Court, Middle District of Florida, to permit her to appear pro hac vice in this matter. Accordingly, it is

**ORDERED**:

1.      Defendant Winn-Dixie, Inc.'s Unopposed Motion for Special Admission (Doc. No. 33) is **GRANTED**.

2.      Cindy D. Hanson, Esquire is permitted to appear pro hac vice in this matter on behalf of Defendant Winn-Dixie, Inc. with Bradley R. Johnson, Esquire and Latasha Garrison-Fullwood, Esquire as local counsel.

**DONE AND ORDERED** at Jacksonville, Florida on June 23, 2010.

*James R. Klindt*
**JAMES R. KLINDT**
United States Magistrate Judge

kaw
Copies to:
Counsel of Record