# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

PAUL BLACK and DANIEL ALLEN
JOHNSON, on behalf of themselves
and all other similarly situated
individuals,

                Plaintiffs,

vs.                                       Case No. 3:09-cv-502-TJC-JRK

WINN-DIXIE STORES, INC., a Florida
Corporation,

                Defendant.

## JOINT STIPULATED MOTION TO EXTEND DEADLINES

**COME NOW,** counsel for all Parties to this litigation, pursuant to Rule 4.15 of the Middle District Local Rules of this Court, and submit this motion to extend certain deadlines in this case for an additional thirty days so the Parties can continue settlement discussions. In support of their motion, the Parties show the Court as follows:

1. On March 2, 2010, the Parties engaged in mediation in Atlanta, Georgia. Since the mediation, the parties have continued to negotiate in good faith, exchanging correspondence proposing terms of the settlement agreement as recently as this Monday, June 28, and hope to finalize the settlement agreement soon.

2. The Court granted the Parties' requests to amend the Case Management and Scheduling Order on April 19, 2010 and June 1, 2010, due to on-going settlement discussions.

3. To further meaningful settlement discussions without incurring unnecessary expense, the Parties seek an additional thirty day extension of case

1

deadlines of the Case Management and Scheduling Order. The case events and proposed deadlines are as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Plaintiff's expert report | July 1, 2010 | **August 2, 2010** |
| Amendment to Complaint and Third Party Practice | July 1, 2010 | **August 2, 2010** |
| Defendant's expert report | July 22, 2010 | **August 23, 2010** |
| All Expert Rebuttal Reports | August 5, 2010 | **September 7, 2010** |
| Discovery Cutoff | August 5, 2010 | **September 7, 2010** |
| Dispositive and *Daubert* Motions | September 9, 2010 | **October 12, 2010** |
| Motion for Class Certification | September 9, 2010 | **October 12, 2010** |
| Filing of Pretrial Statement | January 3, 2011 | **February 2, 2011** |
| Final Pretrial Conference | January 7, 2011 10:00 a.m. | **February 07, 2011** |
| Trial Term Begins | February 07, 2011 (9:00 a.m. Jury 5 Days) | **March 09, 2011** |

4. The parties continue to diligently work to settle this case.

5. A thirty day extension of the current deadlines in the Case Management and Scheduling Order will allow the parties to continue settlement discussions without incurring unnecessary expenses and time associated with further litigation during negotiations.

6. This motion is neither brought in bad faith nor in an attempt to unnecessarily delay litigation.

WHEREFORE, in consideration of the stipulations presented, the Parties respectfully request that the Court extend the deadlines in the Case Management Report and Scheduling Order for an additional thirty days as set forth above.

Respectfully submitted by the Parties this 30 day of June, 2010.

                                    **FOR PLAINTIFFS AND THE CLASS,**

                                      s/ Janet R. Varnell
                                    JANET R. VARNELL
Florida Bar No. 0071072
BRIAN W. WARWICK
**VARNELL & WARWICK, P.A.**
20 La Grande Boulevard
The Villages, Florida 32159
Telephone: 352-753-8600
Facsimile: 352-753-8606
jrvarnell@aol.com

CHRISTOPHER COLT NORTH
**THE CONSUMER & EMPLOYEE RIGHTS LAW FIRM, P.C.**
715-A Thimble Shoals Boulevard
Newport News, Virginia 23606
cnorthlaw@aol.com

**LEONARD A. BENNETT**
12515 Warwick Boulevard
Newport News, Virginia 23606
lenbennett@clalegal.com

**WINN-DIXIE STORES, INC.,**

 s/ Angela N. Frazier
Latasha Garrison-Fullwood, Florida Bar No. 0180602
**TAYLOR, DAY, CURRIE, BOYD & JOHNSON, P.A.**
50 No. Laura Street, Suite 3500
Jacksonville, FL 32202
Telephone:  (904) 356-0700
Facsimile:  (904) 356-3224
lgf@tdclaw.com

-and-

*Pro Hac Vice*
Craig E. Bertschi, Georgia Bar No. 055739
Angela N. Frazier, Georgia Bar No. 141239
**KILPATRICK STOCKTON LLP**
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4530
Telephone:  (404) 815-6500
Facsimile:  (404) 541-3128
cbertschi@kilpatrickstockton.com
afrazier@kilpatrickstockton.com

US2008 1418133.1