UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PAUL BLACK and
DANIEL ALLEN JOHNSON,
on behalf of themselves and all other
similarly situated individuals,

CLASS REPRESENTATION
Case No. 3:09-cv-00502-TJC-JRK

Plaintiffs,

v.

WINN-DIXIE STORES, INC,
a Florida Corporation,

Defendant.
_____/

PLAINTIFFS' CONSENTED MOTION
FOR PRELIMINARY APPROVAL OF SETTLEMENT

COME NOW Plaintiffs, PAUL BLACK and DANIEL ALLEN JOHNSON, by and through their undersigned counsel, pursuant to Federal Rules of Civil Procedure 23, and hereby apply to this Court for an Order Preliminarily Approving the Class Action Settlement Agreement reached by the parties, and hereby states as follows:

1. Plaintiffs filed this action on June 5, 2009.

2. After several months of extended formal settlement discussions, the parties have reached a settlement of class claims.

3. The parties now ask the Court to preliminarily approve the settlement, proposed class notice, and to schedule a formal hearing for final consideration of the fairness and adequacy of the proposed settlement.

4. The Proposed Settlement was the product of arm's-length negotiations between experienced counsel that took place after over a year of litigation. Both formal and informal

1

discovery took place and multiple negotiation sessions were conducted, in person and by telephone. The parties employed the assistance of a private mediator, Mr. Hunter Hughes in Atlanta, Georgia, as well as several additional sessions conducted solely between the parties. As explained further in the Memorandum in Support of this Motion which is being filed concurrently herewith, the Settlement is an excellent result for the Classes in that it provides relief of genuine value without the risks of extended litigation.

WHEREFORE, pursuant to Federal Rule of Civil Procedure 23, the Plaintiffs, with Defendant's consent, respectfully request the Court to (1) grant preliminary approval to the Proposed Settlement, (2) approve the Proposed Class Notices, (3) order that the Notices be distributed to Class Members, (4) approve the hiring at Defendant's expense of a Notice Administrator, and (5) set the Final Approval hearing.

Dated: October 12, 2010.

FOR PLAINTIFFS AND THE CLASS

/s/ Janet R. Varnell
**JANET R. VARNELL**
Florida Bar No. 0071072
**BRIAN W. WARWICK**
Florida Bar No.: 0605573
VARNELL & WARWICK, P.A.
20 La Grande Boulevard
The Villages, Florida 32159
Tel: 352-753-8600
Fax: 352-753-8606
JVarnell@VarnellandWarwick.com

**CHRISTOPHER COLT NORTH**
The Consumer & Employee Rights Law Firm, P.C.
715-A Thimble Shoals Boulevard
Newport News, Virginia 23606
cnorthlaw@aol.com

**LEONARD A. BENNETT**
12515 Warwick Boulevard
Newport News, Virginia 23606
lenbennett@clalegal.com

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing has been filed with the U.S. District Court's CM/ECF System and that pursuant thereto a copy of this pleading has been served upon the following by electronic mail this 12th day of October, 2010:

**CHRISTOPHER COLT NORTH**
cnorthlaw@aol.com
The Consumer & Employee Rights Law Firm, P.C.
715-A Thimble Shoals Boulevard
Newport News, Virginia 23606
*Counsel for Plaintiffs and the Class*

**LEONARD A. BENNETT**
lenbennett@clalegal.com
12515 Warwick Boulevard
Newport News, Virginia 23606
*Counsel for Plaintiffs and the Class*

**BRADLEY R. JOHNSON**
brj@tdclaw.com
**LATASHA GARRISON-FULLWOOD**
lgf@tdclaw.com
**TAYLOR, DAY, CURRIE, BOYD & JOHNSON, P.A.**
50 North Laura Street Suite 3500
Jacksonville, Florida 32202
*Counsel for Defendant*

CRAIG E. BERTSCHI
cbertschi@kilpatrickstockton.com
CINDY D. HANSON, ESQ.
chanson@kilpatrickstockton.com
ANGELA FRAZIER, ESQ.
afrazier@kilpatrickstockton.com
**KILPATRICK STOCKTON, LLP**
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4530

*Counsel for Defendant*

/s/ Janet R. Varnell
JANET R. VARNELL