**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

PAUL BLACK and
DANIEL ALLEN JOHNSON,
on behalf of themselves and all
other similarly situated individuals,

                Plaintiffs,

vs.                                                  Case No. 3:09-cv-502-J-32JRK

WINN-DIXIE STORES, INC.,
a Florida Corporation,

                Defendant.

---

## NOTICE OF TELEPHONE HEARING

**TAKE NOTICE** that this case is hereby **SET** for a **TELEPHONE HEARING** before the Honorable Timothy J. Corrigan, United States District Judge, on **Monday, January 10, 2011** at **11:00 a.m.**  Counsel for plaintiffs shall initiate the telephone conference by calling counsel for defendant and then calling the Court's polycom telephone line, (904) 549-1949.[1]

**DATED** this 10th day of November, 2010.

                                          TIMOTHY J. CORRIGAN
                                          United States District Judge
                                      By: /s/ Jason M. Marques
                                            Deputy Clerk/Law Clerk
                                            (904) 549-1302

copies to:
counsel of record

---

[1] The quality of the audioconnection is compromised by the use of cell phones and speaker phones and the parties are therefore requested not to use those devices during the hearing.