**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

PAUL BLACK and DANIEL ALLEN
JOHNSON, on behalf of themselves
and all other similarly situated
individuals,

                Plaintiffs,

vs.                                              Case No. 3:09-cv-502-TJC-JRK

WINN-DIXIE STORES, INC., a Florida
Corporation,

                Defendant.
_____/

## NOTICE OF LAW FIRM NAME CHANGE

TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

      PLEASE TAKE NOTICE that effective January 1, 2011, the law firm of Kilpatrick Stockton LLP, counsel for Defendant, Winn-Dixie Stores, Inc., in the above-entitled action, combined with Townsend and Townsend and Crew LLP, and changed its name to Kilpatrick Townsend & Stockton LLP. All future reference to the firm in this matter should be to Kilpatrick Townsend & Stockton LLP. The new email address for each of the Kilpatrick Townsend & Stockton LLP attorneys who have entered an appearance in this case to date now use the extension "@kilpatricktownsend.com" and are identified with the attorneys' names in the signature block below. The firm's and the lawyers' addresses and telephone and facsimile numbers will remain the same.

Respectfully submitted, this 6th day of January, 2011.

   s/ Craig E. Bertschi
*Pro Hac Vice*
Craig E. Bertschi, Georgia Bar No. 055739
Cindy D. Hanson, Georgia Bar No. 323920
Angela N. Frazier, Georgia Bar No. 141239
**KILPATRICK TOWNSEND & STOCKTON LLP**
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4530
Telephone: (404) 815-6500
Facsimile: (404) 541-3128
cbertschi@kilpatricktownsend.com
chanson@kilpatricktownsend.com
afrazier@kilpatricktownsend.com

*Counsel for Defendant Winn-Dixie Stores, Inc.*

<u>**C**ERTIFICATE OF **S**ERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing "**Notice of Law Firm Name Change**" has been filed with the U.S. District Court's CM/ECF System and that pursuant thereto, a copy of this pleading has been served upon the following persons by electronic mail:

> Janet R. Varnell (jrvarnell@aol.com))
> Brian W. Warwick (bwwarwick@aol.com)
> VARNELL & WARWICK, P.A.
> 20 La Grande Boulevard
> The Villages, Florida 32159
>
> Christopher Colt North (cnorthlaw@aol.com)
> The Consumer & Employee Rights Law Firm, P.C.
> 715-A Thimble Shoals Boulevard
> Newport News, Virginia 23606
>
> Leonard A. Bennett (lenbennett@clalegal.com)
> 12515 Warwick Boulevard
> Newport News, Virginia 23606
>
> Latasha Garrison-Fullwood (lgf@tdclaw.com)
> Taylor, Day, Curries, Boyd & Johnson, P.A.
> 50 North Laura Street, Suite 3500
> Jacksonville, Florida 32202

This 6th day of January 2011.

> /s/ Craig E. Bertschi
> Craig E. Bertschi
> Admitted <u>Pro</u> <u>Hac</u> <u>Vice</u>
> Kilpatrick Townsend & Stockton LLP
> 1100 Peachtree Street Suite 2800
> Atlanta, Georgia 30309-4528
> Telephone: 404-815-6476
> Facsimile: 404-541-3489
>
> Attorney for Defendant Winn-Dixie Stores, Inc.

US2008 2214003.1