**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| **PAUL BLACK, et al.** | **CASE NO.   3:09-cv-502-J-32JRK** |

**v.**

**WINN-DIXIE STORES, INC.**

| Counsel for Plaintiff: | Counsel for Defendant: |
|---|---|
| Leonard Bennett | Craig Bertschi |
| Christopher North | Angie Frazier |

**HONORABLE TIMOTHY J. CORRIGAN, UNITED STATES DISTRICT JUDGE**
**Courtroom Deputy: Jason Marques        Court Reporter: Shannon Bishop**

## CLERK'S MINUTES

**PROCEEDINGS OF TELEPHONE STATUS CONFERENCE:**

Discussions regarding the parties' Consent Motion for Preliminary Approval of Settlement (Doc. 38).

**By January 18, 2011**, the parties shall jointly file on the electronic docket a document containing a list of proposed dates for the Preliminary Approval Order and information regarding the Notice Administrator.

DATE:     January 10, 2011                                    TIMES: 11:10 a.m. - 11:49 a.m.