**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

PAUL BLACK and DANIEL ALLEN
JOHNSON, on behalf of themselves
and all other similarly situated
individuals,

                           Plaintiffs,

vs.                                                       Case No. 3:09-cv-502-TJC-JRK

WINN-DIXIE STORES, INC., a Florida
Corporation,

                            Defendant.

**JOINT SUBMISSION OF PROPOSED DATES
FOR PRELIMINARY APPROVAL ORDER**

        COME NOW, counsel for all Parties to this litigation, pursuant to this Court's Order of January 10, 2011, and jointly file the following:

1.     <u>Proposed Dates for Preliminary Approval Order</u>

| | |
|---|---|
| ▪ Preliminary Approval of Settlement Agreement | February 1, 2011 |
| ▪ Settlement Website accessible to all class members | February 28, 2011 |
| ▪ Injunctive Relief Notice published | March 3, 2011 |
| ▪ Damages Settlement Long-Form Notice mailed | March 3, 2011 |
| ▪ Deadline for Plaintiffs' counsel to file application for attorneys' fees and costs | April 1, 2011 |
| ▪ Deadline for Plaintiffs' counsel to file application for Incentive Awards | April 1, 2011 |
| ▪ Deadline for filing objections to application for attorneys' fees and costs | April 8, 2011 |
| ▪ Deadline for filing objections to the Settlement | April 29, 2011 |

1

- Deadline for objectors' counsel to file Notice of Appearance to appear at Final Fairness Hearing — April 29, 2011

- Deadline for Damages Settlement Class members to serve Opt-out notices — April 29, 2011

- Opt-out list provided by settlement administrator — May 6, 2011

- Deadline for filing response to objections to the Settlement — May 19, 2011

- Deadline for filing Proof of availability of Settlement website and Telephone Assistance Program — May 25, 2011

- Deadline for filing Proof of mailing Damages Settlement Long-Form Notice — May 25, 2011

- Final Fairness Hearing — June 1, 2011

2. <u>Information regarding the Notice Administrator is as follows</u>:

> Garden City Group, Inc.
> 105 Maxess Rd.
> Melville, NY, 11747
> 1-800-327-3664

3. <u>CAFA Notices</u>

CAFA notices mailed on October 22, 2010, pursuant to 28 U.S.C. § 1715(a) are attached hereto as Exhibits A and B.

Date:  January 18, 2011.

**FOR PLAINTIFFS AND THE CLASS**

   /s/ Janet R. Varnell
JANET R. VARNELL
Florida Bar No. 0071072
BRIAN W. WARWICK
**VARNELL & WARWICK, P.A.**
20 La Grande Boulevard
The Villages, Florida  32159
Tel:  352-753-8600
Fax:  352-753-8606
jvarnell@varnellandwarwick.com

2

**WINN-DIXIE STORES, INC.**
By their Attorneys,

/s/_Craig E. Bertschi_____
CRAIG E. BERTSCHI
ANGELA N. FRAZIER
**KILPATRICK TOWNSEND & STOCKTON LLP**
1100 Peachtree Street, Suite 2800
Atlanta, Georgia  30309-4530
Tel:  404-815-6493
Fax:  404-541-3128
cbertschi@kilpatrickstockton.com
anfrazier@kilpatrickstockton.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing has been filed with the U.S. District Court's CM/ECF System and that pursuant thereto a copy of this pleading has been served upon the following by electronic mail this 18th day of January, 2011:

**JANET R. VARNELL**
jvarnell@varnellandwarwick.com
**BRIAN W. WARWICK**
bwarwick@varnellandwarwick.com
**VARNELL & WARWICK, P.A.**
20 La Grande Boulevard
The Villages, Florida  32159
*Counsel for Plaintiffs and the Class*

**CHRISTOPHER COLT NORTH**
cnorthlaw@aol.com
The Consumer & Employee Rights Law Firm, P.C.
715-A Thimble Shoals Boulevard
Newport News, Virginia  23606
*Counsel for Plaintiffs and the Class*

**LEONARD A. BENNETT**
lenbennett@clalegal.com
12515 Warwick Boulevard
Newport News, Virginia  23606
*Counsel for Plaintiffs and the Class*

**BRADLEY R. JOHNSON**
brj@tdclaw.com
**LATASHA GARRISON-FULLWOOD**
lgf@tdclaw.com
**TAYLOR, DAY, CURRIE, BOYD & JOHNSON, P.A.**
50 North Laura Street Suite 3500
Jacksonville, Florida  32202
*Counsel for Defendant*

                                        /s/   Angela N. Frazier
                                        Angela N. Frazier