## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

PAUL BLACK and DANIEL ALLEN
JOHNSON, on behalf of themselves
and all other similarly situated
individuals,

                    Plaintiffs,

vs.                                               Case No. 3:09-cv-502-TJC-JRK

WINN-DIXIE STORES, INC., a Florida
Corporation,

                    Defendant.
_____

## <u>JOINT MOTION TO AMEND SETTLEMENT NOTICES</u>

        The Parties hereby move the Court to amend the Settlement Class Notices
in this case to: (1) change the titles to reference "Winn-Dixie;" (2) change the
description of the Damages Settlement Class to be consistent with the description
in the Preliminary Approval Order; and (3) correct other minor errors.  In
support of this Motion, the Parties respectfully show the Court the following:

        1.     On October 22, 2010, the Parties submitted to this Court a
proposed Settlement Agreement and proposed Settlement Notices to be provided
to the Damages and Injunctive Relief Settlement Classes.

        2.     On January 26, 2011, this Court issued a Preliminary Approval
Order approving the proposed Settlement Agreement and Settlement Notices.

        3.     As stated above, the Parties would like to amend the Settlement
Notices in the following manner:

1

US2008 2265588.1

a) change the title on each notice to reference "Winn-Dixie" vs. "Winn-Dixie Stores;"

b) change the description of the Damages Settlement Class to be consistent with the description of the Damages Settlement Class in the Preliminary Approval Order; and

c) make other minor corrections.

4.     The Parties believe the proposed changes will minimize confusion to the Class Members and make the Settlement Notices easier to read.

5.     Pursuant to the Preliminary Approval Order, the Settlement website must be accessible to the Class Members no later than February 28, 2011. Further, the Settlement Notices must be published and mailed to the Class Members no later than March 3, 2011.

6.     The parties do not anticipate any difficulty in meeting the aforementioned deadlines due to the proposed amendments to the Settlement Notices.

7.     For the Court's convenience, a redline of the proposed changes to the Settlement Notices is attached hereto as Exhibit A and a clean version is attached hereto as Exhibit B.

8.     A Proposed Order is attached hereto as Exhibit C.

US2008 2265588.1

Date:  February 1, 2011.

**FOR PLAINTIFFS AND THE CLASS**

_/s/ Janet R. Varnell_
JANET R. VARNELL
Florida Bar No. 0071072
BRIAN W. WARWICK
**VARNELL & WARWICK, P.A.**
20 La Grande Boulevard
The Villages, Florida  32159
Tel:  352-753-8600
Fax:  352-753-8606
jvarnell@varnellandwarwick.com


**WINN-DIXIE STORES, INC.**
By their Attorneys,

/s/  Craig E. Bertschi
CRAIG E. BERTSCHI
ANGELA N. FRAZIER
**KILPATRICK TOWNSEND & STOCKTON LLP**
1100 Peachtree Street, Suite 2800
Atlanta, Georgia  30309-4530
Tel:  404-815-6493
Fax:  404-541-3128
cbertschi@kilpatrickstockton.com
anfrazier@kilpatrickstockton.com

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing has been filed with the U.S. District Court's CM/ECF System and that pursuant thereto a copy of this pleading has been served upon the following by electronic mail this 1st day of February, 2011:

**JANET R. VARNELL**
jvarnell@varnellandwarwick.com
**BRIAN W. WARWICK**
bwarwick@varnellandwarwick.com
**VARNELL & WARWICK, P.A.**
20 La Grande Boulevard
The Villages, Florida  32159
*Counsel for Plaintiffs and the Class*

**CHRISTOPHER COLT NORTH**
cnorthlaw@aol.com
The Consumer & Employee Rights Law Firm, P.C.
715-A Thimble Shoals Boulevard
Newport News, Virginia  23606
*Counsel for Plaintiffs and the Class*

**LEONARD A. BENNETT**
lenbennett@clalegal.com
12515 Warwick Boulevard
Newport News, Virginia  23606
*Counsel for Plaintiffs and the Class*

**BRADLEY R. JOHNSON**
brj@tdclaw.com
**LATASHA GARRISON-FULLWOOD**
lgf@tdclaw.com
**TAYLOR, DAY, CURRIE, BOYD & JOHNSON, P.A.**
50 North Laura Street Suite 3500
Jacksonville, Florida  32202
*Counsel for Defendant*

\_\_\_/s/\_ Angela N. Frazier_____
Angela N. Frazier

4