# EXHIBIT C

**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

PAUL BLACK and DANIEL ALLEN
JOHNSON, on behalf of themselves
and all other similarly situated
individuals,

                Plaintiffs,

vs.                                       Case No. 3:09-cv-502-TJC-JRK

WINN-DIXIE STORES, INC., a Florida
Corporation,

                Defendant.

**ORDER GRANTING JOINT MOTION
TO AMEND SETTLEMENT NOTICES**

        This cause having come before the Court on the Parties' "Joint Motion To Amend Settlement Notices" and the Court having reviewed the motion and the entire record, it is hereby:

        ORDERED AND ADJUDGED that the motion be and hereby is GRANTED.

This _____ day of February, 2011.

                                                        TIMOTHY J. CORRIGAN
                                                        UNITED STATES DISTRICT JUDGE