# EXHIBIT 1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PAUL BLACK and
DANIEL ALLEN JOHNSON,
on behalf of themselves and all other
similarly situated individuals,

                    CLASS REPRESENTATION
                    Case No. 3:09-cv-00502-TJC-JRK

    Plaintiffs,
v.
WINN-DIXIE STORES, INC,
a Florida Corporation,
    **Defendant.**
_____/

### DECLARATION OF ATTORNEY JANET R. VARNELL IN SUPPORT OF PLAINTIFF CLASS COUNSELS' APPLICATION FOR ATTORNEY FEES

I, Janet R. Varnell, declare as follows:

1. I am an attorney representing the Plaintiffs in the above-captioned action, before the U.S. District Court for the Middle District of Florida. I submit this Affidavit in support of Application for Attorney Fees and Reimbursement of Expenses in this matter.

2. I have personal knowledge of all facts and circumstances set forth herein or based my knowledge on contemporaneously-generated records kept in the ordinary course of business. If called upon to do so, I could testify competently in open court to these matters.

3. I am presently a member in good standing of the Florida Bar and am licensed to practice law in the State of Florida since 1995. I also have been admitted to the following Courts:

> U.S. Supreme Court (2004);
> U.S. Court of Appeal, Eleventh Circuit (2005);
> U.S. District Court for the Middle and Northern Districts of Alabama (1996);
> Alabama Supreme Court (1996);
> U.S. District Court for the Middle District of Florida (1997);

4. I have also been admitted via Pro Hac Vice in state and federal Courts throughout the United States of America including, but not limited to: Arkansas, Oklahoma, California, New York, New Jersey, Illinois, Ohio, Virginia, Louisiana and Texas.

5. I am on the Board of Directors for Public Justice Foundation. I was formerly on the Board of the National Association of Consumer Advocates ("NACA"), served as its co-chairperson and was awarded NACA Consumer Advocate of the Year in 2009. I am presently the vice-chairperson of the Florida Bar's Consumer Protection Law Committee.

6. I am experienced in the trial of consumer class action and was appointed lead class action counsel in over 50 consumer class action cases. The work accomplished and the results achieved here are far better than

comparable FCRA cases and laudatory when compared with any area of consumer protection law.

7. The total number of professional hours expended in the litigation by my law firm is 94.5 hours. The total lodestar amount for attorney, paralegal and professional staff based upon current rates, is $31,087.00. The time reflected in this affidavit was time actually spent, in the exercise of reasonable judgment, by the lawyers and staff involved. The attorneys and legal professionals spent time of matters that were essential to the prosecution and resolution of the litigation including factual investigation for and preparation of the initial complaint, response to motions, preparation for and attendance at court hearings, conferences, motion practice and briefing in connection with Defendant's Motions and participation in a mediation in Atlanta along with multiple negotiations following the mediation to finalize a settlement. My firm was careful not to expend unnecessary hours and not to duplicate work done by others.

8. Research indicates that the market rate in this community for legal services of this nature with similar experience is $375.00 per hour. I have conferred with attorney James Kowalski, of The Law Offices of James A. Kowalski, J. Daniel Clark, of The Law Firm of Clark & Martino and

attorney Christopher Carlyle of the Carlyle Appellate Law Firm, in particular, to confirm that this rate is reasonable.

9.    This firm expended a total of $2,842.57 in unreimbursed expenses in connection with prosecution of the litigation on behalf of Plaintiffs and the Class. The expenses incurred in this case are reflected in the books and records of the firm. These books and records are prepared from expense vouchers, check records, and other contemporaneously-recorded billing records, are an accurate record of expenses incurred in this litigation.

I declare under penalty of perjury under the laws of the United States of America and the State of Florida that the foregoing is true and correct.

Signed this 1st day of April, 2011.

JANET R. VARNELL

JANET R. VARNELL
VARNELL & WARWICK, P.A.
Fla. Bar. No.: 0071072
20 La Grande Blvd.
The Villages, FL 32159
T: (352) 753-8600
F: (352) 753-8609
JVarnell@VarnellandWarwick.com