# EXHIBIT 2

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PAUL BLACK and
DANIEL ALLEN JOHNSON,
*on behalf of themselves and all other
similarly situated individuals*,

Plaintiffs,

v.

WINN-DIXIE STORES, INC,
a Florida Corporation,

Defendant.

Case No. 3:09-cv-502-J-32JRK

## DECLARATION OF LEONARD A. BENNETT

I, Leonard A. Bennett, declare:

1. My name is Leonard A. Bennett. I am over 21 years of age, of sound mind, capable of executing this declaration, and have personal knowledge of the facts stated herein, and they are all true and correct.

2. I am one of the attorneys working on behalf of the Plaintiffs in the above styled litigation, and I am an attorney and a principal of Consumer Litigation Associates, P.C., a four attorney law firm with offices in Hampton Roads, and Fairfax, Virginia. My primary office is at 12515 Warwick Boulevard, Suite 100, Newport News, Virginia 23606.

3. Since 1994, I have been and presently am a member in good standing of the Bar of the highest court of the State of Virginia, where I regularly practice law. Since 1995, I have been and presently am a member in good standing of the Bar of the highest court of the State of North Carolina. I have also been admitted to practice before and am presently a member in good standing of the Bars of the following courts:

| Court: | Date Admitted: |
|---|---|
| United States Supreme Court | 2005 |
| United States Court of Appeals for the Fourth Circuit | 2002 |
| United States District Court for the Eastern District of Virginia | 1994 |
| United States District Court for the Eastern District of North Carolina | 2005 |
| United States District Court for the District of Wisconsin | 2006 |
| United States District Court for the Eastern District of Michigan | 2003 |
| United States District Court for the Northern District of Illinois | 2003 |

I have been admitted *pro hac vice* in jurisdictions across the country including California, Florida, Rhode Island, Hawaii, New Hampshire, Connecticut, Ohio, South Carolina, Pennsylvania, Arizona, Washington and Maryland. I have never been denied admission *pro hac vice*.

5. For over a decade, my practice has been limited to consumer protection litigation. While my experience representing consumers has come within several areas, my most developed area of expertise is in plaintiffs litigation under the Federal Fair Credit Reporting Act. At least three-quarters of my practice is in this area. Most of my professional accomplishments have come in this field.

6. In 2003, I was invited to and did present the Congressional Testimony of the National Association of Consumer Advocates before the House Committee on Financial Services, Fair Credit Reporting Act: How it Functions for Consumers and the Economy, June 4, 2003, Proposed Amendments to the Federal Fair Credit Reporting Act, http://financialservices.house.gov/media/pdf/060403lb.pdf. I was again invited to present

testimony before the House Financial Services Committee and did so in June 2007 http://www.house.gov/apps/list/hearing/financialsvcs_dem/osbennett061907.pdf

7. Since 2001, I have been asked to and did speak at numerous seminars and events in the area of Fair Credit Reporting and Identity Theft, or in the broader area of Consumer Protection litigation. These included the following:

**2009**

National Association of Consumer Advocates, *Fair Credit Reporting Act National Conference*, Chicago, IL, May 2009,
    *Multiple Panels*;

**2008**

National Consumer Law Center, National Consumer Rights Conference, Portland, OR, Speaker for Multiple Sessions, *Fair Credit Reporting Act*, November 2008

Washington State Bar, Consumer Law CLE, Speaker, September 2008
    *Fair Credit Reporting Act*.

**2007**

Washington State Bar, Consumer Law CLE, Speaker, July 2007
    *Fair Credit Reporting Act*.

House Financial Services Committee, June 2007
    *Fair Credit Reporting Act*.

National Consumer Law Center, National Consumer Rights Conference, Washington, D.C., Speaker for Multiple Sessions, *Fair Credit Reporting Act*, November 2007

National Association of Consumer Advocates, *Fair Credit Reporting Act National Conference*, Denver, Colorado, May 2007,
    *Multiple Panels*;

U.S. Army JAG School, Charlottesville, Virginia, Course Instructor, May 2007
    *Fair Credit Reporting Act*.

Georgia State Bar, Consumer Law CLE, Speaker, March 2007
    *Fair Credit Reporting Act*.

**2006**

Contributing Author, *Fair Credit Reporting Act, Sixth Edition*, National Consumer Law Center, 2006.

National Consumer Law Center, National Consumer Rights Conference, Miami, FL, Speaker for Multiple Sessions, *Fair Credit Reporting Act*, November 2006

Texas State Bar, Consumer Law CLE, Speaker, October 2006
    *Federal Claims in Auto fraud Litigation*

Santa Clara University Law School, Course, March 2006
    *Fair Credit Reporting Act.*

Widener University Law School, Course, March 2006
    *Fair Credit Reporting Act.*

United States Navy, Navy Legal Services, Norfolk, Virginia, April 2006
    *Auto Fraud*;

## 2005

Missouri State Bar CLE, Oklahoma City, Oklahoma,
    *Fair Credit Reporting Act*;

National Consumer Law Center, National Consumer Rights Conference, Boston, Mass.
    *Fair Credit Reporting Act Experts Panel*; and
    *ABCs of the Fair Credit Reporting Act.*

National Association of Consumer Advocates, *Fair Credit Reporting Act National Conference*, New Orleans, Louisiana (May 2005),
    *Multiple Panels*;

United States Navy, Naval Justice School (JAG Training), Newport, Rhode Island,
    *Consumer Law.*

## 2004

American Bar Association, Telephone Seminar;
    *Changing Faces of Consumer Law,*

National Consumer Law Center, National Consumer Rights Conference, Boston, Mass.
    *Fair Credit Reporting Act Experts Panel*; and
    *ABCs of the Fair Credit Reporting Act.*

National Association of Consumer Advocates, *Fair Credit Reporting Act National Conference*, Chicago, Illinois;
    *Multiple Panels*

Oklahoma State Bar CLE, Oklahoma City, Oklahoma,
    *Identity Theft*;

Virginia State Bar, Telephone Seminar,
*Identity Theft*;

United States Navy, Naval Justice School (JAG Training), Newport, Rhode Island,
*Consumer Law*

United States Navy, Navy Legal Services, Norfolk, Virginia,
*Auto Fraud*;

Virginia State Bar, Richmond and Fairfax, Virginia,
*Consumer Protection Law*;

Michigan State Bar, Consumer Law Section, Ann Arbor, Michigan;
*Keynote Speaker*.

8. I have substantial experience in complex litigation, including class action cases, prosecuted under the Consumer Credit Protection Statutes, including the Fair Credit Reporting Act. Such cases have included two of the three largest class results in FCRA litigation, White/Hernandez v. Experian Information Solutions, Inc., et al (C.D. Ca.)($51,000,000 Class Settlement against Equifax, Trans Union and Experian); Williams v. Lexis Nexis Risk Management, Inc. (E.D. Va.) ($22 million settlement against CRA Lexis Nexis Risk Management). I have also been lead counsel in numerous other FCRA class cases including class settlement classes recently approved in the Eastern District of Virginia. e.g. Beverly v. Wal-Mart Stores, Inc. ($6.9 million cash settlement approved May 1, 2009). In each of the class cases the Court found me adequate class counsel and in each I was lead or executive committee counsel.

9. I have litigated in excess of 400 federal cases under the Fair Credit Reporting Act, and in excess of 550 federal cases overall.

10. I have reviewed the Declaration of my co-counsel Christopher C. North detailing the history of our work in the case and the range of tasks performed. His recollection is correct. In addition to those tasks therein listed, we have incurred additional time in negotiating and documenting the implementation and details of the proposed class settlement, class notice, and

related motions and pleadings.

11. As of the date of this Declaration, I have spent a total of 117 hours on this case. The most recent hourly rate at which I have been approved is $450. *Reynolds v. Reliable Transmissions, Inc., et al.*, 3:09-cv-00238-DWD (E.D. Va., June 29, 2010). My total lodestar is $ 52.650. Additionally, I anticipate incurring an additional number of hours – no less than 25 hours – through completion of the Fairness and approval process   Because my firm has limited staff and finances, allocation of resources to this case prevented certain funds and personnel efforts from being directed to the prosecution of others.

12. After review and consideration of the tasks and time incurred in the litigation of the case, I objectively estimate that 25% of the time incurred by Plaintiffs' counsel was incurred exclusively in litigation of the Injunctive relief settlement count.

13. As of today, my law firm has incurred $ 7,358.58 in litigation expenses.

I declare under penalty of perjury of the laws of the United States that the foregoing is correct.

Signed this   1st day of April, 2011.

_____
Leonard A. Bennett

LEONARD A. BENNETT
*CONSUMER LITIGATION ASSOCIATES, P.C.*
VSB #37523
12515 Warwick Boulevard, Suite 100
Newport News, Virginia 23606
(757) 930-3660
(757) 930-3662 facsimile