# EXHIBIT 3

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| PAUL BLACK, et al.<br><br>      Plaintiff,<br><br>v.<br><br>WINN-DIXIE STORES, INC.<br><br>      Defendant. | Civil Action No.: 3:09-cv-502-J-32JRK |

## DECLARATION OF CHRISTOPHER COLT NORTH

I, Christopher Colt North, declare:

1. My name is Christopher Colt North. I have personal knowledge of the facts stated herein, and they are all true and correct.

2. I am one of the attorneys representing Plaintiffs in the above styled litigation. I am the President of The Consumer & Employee Rights Law Firm, P.C. located at 751-A Thimble Shoals Boulevard, Newport News, VA 23606.

3. Commencing in 1977 I have been, and currently am, a member in good standing of the Bar of the highest court of the State of Virginia where I regularly practice law. I have been admitted to practice before, and am currently a member in good standing of the Bars of the following courts:

| Court: | Date Admitted: |
|---|---|
| United States Supreme Court | 1980 |
| United States Court of Appeals for the Fourth Circuit | 1977 |
| United States District Court for the Eastern District of Virginia | 1977 |

1

| Court: | Date Admitted: |
|---|---|
| United States District Court for the Western District of Virginia | 2002 |

I have been admitted pro hac vice in this Court, as well as the following additional courts:

| Court: | Date Admitted: |
|---|---|
| Western District of Pennsylvania | 3/18/09 |
| Northern District of Illinois | 7/8/09 |
| Middle District of Florida | 7/21/09 |
| Eastern District of Wisconsin | 8/6/09 |
| Eastern District of North Carolina | 9/10/09 |

4. During the past five years I have litigated approximately twenty FCRA class actions against employers across the country, but particularly in the Richmond Division of the Eastern District of Virginia.

5. This case arose from the work that we performed in a now completed FCRA class action against background check seller LexisNexis. That settled class consisted of every consumer about whom LexisNexis had furnished a derogatory employment report.

6. Commencing in early 2008, we received calls from six different members in the individual and class lawsuits described in the preceding paragraph complaining about FCRA violations committed by Winn-Dixie. During 2008, we conferred with those six potential class representatives and settled on the class representatives, Paul Black and Daniel Allen Johnson.

7. The pre-filing discovery was significant in the case and included witness (employee or employee applicant) interviews, research and examination of the Winn-Dixie offline and online application process, FCRA research and even an incomplete test run through

the Winn-Dixie application screening system.

8. Research memos required and completed in this litigation included: evaluating the Winn-Dixie disclosure form; determining whether the Electronic Signatures in Global and National Commerce Act applied to the Winn-Dixie electronic disclosure; preparing a draft of Plaintiff's mediation Position Statement; researching the efficacy of Winn-Dixie's objections to certain of Plaintiff's discovery requests; and determining what type of injunctive relief should be sought for the § 1681b(b)(2)(A) disclosure and authorization class, and related issues.

9. Our first draft of the proposed class complaint was generated in the spring of 2009.

10. In this case, we served and received objections and responses to, and even had multiple 'meet and confer' conferences as to those responses. We also received and responded to defendants' discovery. During the litigation, the parties exchanged their legal positions in writing and had substantial merits and then mediation discussions before engaging in formal mediation.

11. In the spring of 2010 we participated in in-person private mediation in Atlanta, with all Plaintiffs' counsel traveling and participating. Each of us brought a different skill set and played a discrete roll in the process. Thereafter, upon multiple follow-up sessions by telephone, the case settled.

12. I have participated in most of these tasks and have been the attorney solely responsible for many of them.

13. My hourly rate is $375.00 and I expended 136 hours between January 2009 and the present for a total of $51,000.00. This rate was approved by Judge Payne in the Eastern

District of Virginia class action, *Lisa Williams v. Lexis Nexis.*

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 1st day of April, 2011.

Respectfully submitted,

PAUL BLACK and DANIEL ALLEN JOHNSON, for themselves and on behalf of all similarly situated individuals

Dated: April 1. 2010               By: *Christopher Colt North*
                                        Of Counsel

Christopher Colt North, VSB # 16955
The Consumer and Employee Rights Law Firm, P.C.
751-A Thimble Shoals Boulevard
Newport News, Virginia 236 06
Phone: (757) 873-1010
Fax:   (757) 873-8375
Email: cnorthlaw@aol.com

4