**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

PAUL BLACK and DANIEL ALLEN
JOHNSON, on behalf of themselves
and all other similarly situated
individuals,

                Plaintiffs,

vs.                                            Case No. 3:09-cv-502-TJC-JRK

WINN-DIXIE STORES, INC., a Florida
Corporation,

                Defendant.

---

**DEFENDANT'S RESPONSE TO CLASS COUNSELS' MOTION FOR
ATTORNEYS' FEES AND COSTS AND FOR INCENTIVE AWARD**

On April 1, 2011, Class Counsel filed a motion requesting an Order from this Court awarding attorneys' fees, costs and incentive awards pursuant to the Settlement Agreement preliminarily approved by this Court on January 26, 2011.

The Settlement Agreement provides Defendant will pay reasonable attorneys' fees and costs up to 30% (thirty percent) of the total Settlement Fund ($385,000) for the Damages Settlement Class. Settlement Agreement ¶ 54. The Settlement Agreement also provides Class Counsel may seek up to $32, 500 (Thirty-Two Thousand Five Hundred Dollars) for attorneys' fees and costs for the Injunctive Relief Settlement Class and incentive awards not to exceed $2,500 (Two Thousand Five Hundred Dollars) per Plaintiff. Settlement Agreement ¶¶ 55,58.

In the April 1, 2011 motion, Class Counsel seeks 30% of the Settlement Fund for the Damages Settlement Class. As Class Counsel accurately points out in the motion,

30% of the Settlement Fund equals $115,500.  Class Counsel seeks to be reimbursed for expenses totaling $10, 201.15.  After a brief conference earlier this week, Class Counsel confirmed the $10, 201.15 will be deducted from the $115,500.  In the April 1, 2011 motion, Class Counsel also seeks incentive awards totaling $5,000, to be paid from the Settlement Fund, and $32, 500 for attorneys' fees and costs for the Injunctive Relief Settlement Class.

Class Counsels' Motion for Attorneys' Fees and Costs and for Incentive Award appears to be consistent with the terms of the Settlement Agreement.  Therefore, Defendant has no objections.

Date:  April 8, 2011.

   /s/  Angela N. Frazier_____
CRAIG E. BERTSCHI
ANGELA N. FRAZIER
**KILPATRICK TOWNSEND & STOCKTON LLP**
1100 Peachtree Street, Suite 2800
Atlanta, Georgia  30309-4530
Tel:  404-815-6493
Fax:  404-541-3128
cbertschi@kilpatrickstockton.com
anfrazier@kilpatrickstockton.com

Counsel for WINN-DIXIE STORES, INC.

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing has been filed with the U.S. District Court's CM/ECF System and that pursuant thereto a copy of this pleading has been served upon the following by electronic mail this 8th day of April, 2011:

**JANET R. VARNELL**
jvarnell@varnellandwarwick.com
**BRIAN W. WARWICK**
bwarwick@varnellandwarwick.com
**VARNELL & WARWICK, P.A.**
20 La Grande Boulevard
The Villages, Florida  32159
*Counsel for Plaintiffs and the Class*

**CHRISTOPHER COLT NORTH**
cnorthlaw@aol.com
The Consumer & Employee Rights Law Firm, P.C.
715-A Thimble Shoals Boulevard
Newport News, Virginia  23606
*Counsel for Plaintiffs and the Class*

**LEONARD A. BENNETT**
lenbennett@clalegal.com
12515 Warwick Boulevard
Newport News, Virginia  23606
*Counsel for Plaintiffs and the Class*

**BRADLEY R. JOHNSON**
brj@tdclaw.com
**LATASHA GARRISON-FULLWOOD**
lgf@tdclaw.com
**TAYLOR, DAY, CURRIE, BOYD & JOHNSON, P.A.**
50 North Laura Street Suite 3500
Jacksonville, Florida  32202
*Counsel for Defendant*

　　　　　　　　　　　　　　　　　　　__/s/_ Angela N. Frazier_____
　　　　　　　　　　　　　　　　　　　Angela N. Frazier