UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PAUL BLACK and DANIEL ALLEN
JOHNSON, on behalf of themselves
and all other similarly situated
individuals,

                Plaintiffs,

vs.                                      Case No. 3:09-cv-502-TJC-JRK

WINN-DIXIE STORES, INC., a Florida
Corporation,

                Defendant.
_____/

## DECLARATION OF JENNIFER M. KEOUGH

I, Jennifer M. Keough, hereby declare as follows:

1. I am the Executive Vice President, Operations, of The Garden City Group, Inc. ("GCG"). The following statements are based on my personal knowledge and information provided to me by other GCG employees working under my supervision in connection with GCG's role as third-party Settlement Administrator. If called on to do so, I could and would testify competently to the facts contained in this declaration.

2. GCG is the appointed third-party Notice Provider and Settlement Administrator for the class action settlement preliminarily approved by the Court in the above-captioned action on January 26, 2011. The Notice Plan was fully completed by March 2, 2011.

3. In accordance with the Damages Settlement Long-Form Notice in this case, Proposed Damages Settlement Class Members who wished to be excluded from the Settlement were required to send a written request, postmarked by April 29, 2011, to

GCG and include their name, current address, a specific statement that they wanted to be excluded from the Damages Settlement Class, and their signature.

4. When GCG receives mail at the P.O. Box established for this project, the mail is opened, sorted and scanned into the database dedicated to this Settlement. The mail, including requests for exclusion, is then reviewed for particular information and processed in accordance with the terms of the Settlement. GCG is able to access the entries in the database to catalog particular information; for example, whether a request complies with Section VI.53 of the Settlement Agreement, Section I.C.6 of the Preliminary Approval Order and page 5 of the Damages Settlement Long-Form Notice.

5. As of May 1, 2011, GCG has received a total of one request for exclusion that was postmarked on or before the Court-imposed deadline of April 29, 2011 ("Requests"). The one person who has timely submitted a request for exclusion is **Glenn Fisk, Lake Wales, FL**. GCG has not received any requests postmarked after the deadline.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 5th day of May, 2011, at Seattle, Washington.

*Jennifer M. Keough*
Jennifer M. Keough

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing "**Declaration of Jennifer Keough**" has been filed with the U.S. District Court's CM/ECF System and that pursuant thereto, a copy of this pleading has been served upon the following persons by electronic mail:

    Janet R. Varnell (jrvarnell@aol.com))
    Brian W. Warwick (bwwarwick@aol.com)
    VARNELL & WARWICK, P.A.
    20 La Grande Boulevard
    The Villages, Florida 32159

    Christopher Colt North (cnorthlaw@aol.com)
    The Consumer & Employee Rights Law Firm, P.C.
    715-A Thimble Shoals Boulevard
    Newport News, Virginia 23606

    Leonard A. Bennett (lenbennett@clalegal.com)
    12515 Warwick Boulevard
    Newport News, Virginia 23606

    Latasha Garrison-Fullwood (lgf@tdclaw.com)
    Taylor, Day, Curries, Boyd & Johnson, P.A.
    50 North Laura Street, Suite 3500
    Jacksonville, Florida 32202

This 6th day of May 2011.

                /s/ Angela N. Frazier
                Angela N. Frazier
                Admitted Pro Hac Vice
                Kilpatrick Townsend & Stockton LLP
                1100 Peachtree Street Suite 2800
                Atlanta, Georgia 30309-4528
                Telephone: 404-815-6476
                Facsimile: 404-541-3489

                Attorney for Defendant Winn-Dixie Stores, Inc.