**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

PAUL BLACK and
DANIEL ALLEN JOHNSON,
on behalf of themselves and all
other similarly situated individuals,

        Plaintiffs,

vs.   Case No. 3:09-cv-502-J-32JRK

WINN-DIXIE STORES, INC.,
a Florida Corporation,

        Defendant.

## ORDER

This case is before the Court on the parties' joint Motion to allow counsel to participate in the June 7, 2011 Fairness Hearing by telephone (Doc. 52). The Court having reviewed the Motion and the declarations of the Settlement Administrator (Docs. 50, 51), it is hereby

**ORDERED:**

The parties' Joint Stipulated Motion to Allow Counsel to Participate in the Fairness Hearing by Telephone (Doc. 52) is **GRANTED**. Counsel for plaintiffs shall initiate the telephone conference by calling counsel for defendant and then calling the Court's polycom telephone line, (904) 549-1949.[1]

---

[1] The quality of the audioconnection is compromised by the use of cell phones and speaker phones and the parties are therefore requested not to use those devices during the hearing.

**DONE AND ORDERED** at Jacksonville, Florida this 31st day of May, 2011.

_____
TIMOTHY J. CORRIGAN
United States District Judge

jmm.

Copies:
counsel of record