UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

---

**PAUL BLACK, et al.**                               **CASE NO.   3:09-cv-502-J-32JRK**

v.

**WINN-DIXIE STORES, INC.**

| <u>Counsel for Plaintiff</u>: | <u>Counsel for Defendant</u>: |
|---|---|
| Leonard Bennett | Craig Bertschi |
|  | Angie Frazier |

---

**HONORABLE TIMOTHY J. CORRIGAN, UNITED STATES DISTRICT JUDGE**
**Courtroom Deputy: Jason Marques        Court Reporter: Shannon Bishop**

---

### CLERK'S MINUTES

**PROCEEDINGS OF TELEPHONE HEARING:**

Final Fairness Hearing regarding approval of proposed class settlement.

**Order to Enter**.

DATE:    June 7, 2011                              TIMES: 2:01 p.m. - 2:15 p.m.